# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA OAKLEY,<br>o/b/o Q.O. | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-1376 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 12th day of September, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 20), issued by Magistrate Judge Martin C. Carlson is **ADOPTED**;

2. Plaintiff's appeal from the Commissioner's decision is **DENIED**;

3. The decision of the Commissioner of Social Security denying Claimant supplemental security income is **AFFIRMED**; and

4. The Clerk of Court shall **CLOSE** this case.

**United States District Judge**